ment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of ADOLPH VIETOR, Doing Business as FREDERICK PROBST & Co., to JOSEPH M. PROSKAUER, Assignee, Respondent. THE BANK OF NEW YORK, N. B. A., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Davis, J., dissented.

VICTORIA A. McKENZIE, Respondent, v. RICHARD H. LANE, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott; Smith, Davis and Shearn, JJ.

WILLIAM H. FAULHABER and Another, as Executors, etc., Respondents, v. ELIAS RESNEK, Individually and as Executor, etc., and Others, Defendants. J. COTTER CONNELL, Receiver, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JAMES J. FEENEY, Respondent, v. R. LAWRENCE SMITH, INC., Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ALBERT M. STADLER, Appellant, v. UNION TRUST COMPANY OF NEW YORK and Another, as Executors, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Clarke, P. J., dissented.

BALDWIN COOKE, Respondent, v. WILLIAM R. RILEY, Appellant.— Order reversed and motion granted. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Scott and Davis, JJ., dissented.

ALICE COOKE, Respondent, v. WILLIAM R. RILEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Scott and Davis, JJ., dissented.

In the Matter of the Application of JENS NELSEN, Appellant, for an Alternative Writ of Mandamus against COURTNEY HYDE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

INTEROCEAN FORWARDING COMPANY, INC., Respondent, v. CHARLES R. McCORMICK & COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JOHN CZAJKA, as Administrator, etc., Respondent, v. HENRY C. LAMPKA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of the Judicial Settlement of the Account of CONRAD HENRICH, as Committee of the Person and Property of FREDERICKA C. HAAG, an Incompetent Person, Respondent. EDWARD A. ACKER, as Executor, etc., Appellant.— Order affirmed, with ten dollars costs and disburse-